IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EYE PHYSICIANS OF ST. LOUIS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VISION FOR LIFE, LTD., ) <br> ) <br> Defendant. ) <br> ) <br> ) | No.   19-cv-950 JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 45).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 23, 2021

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE